TCL
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

UNITED STATES OF AMERICA

v.

MAXWELL LOUIS COLLYARD

Case No. 25-mj-854 DTS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MAXWELL LOUIS COLLYARD

who is accused of an offense or violation based on the following document filed with the court:

___ Indictment ___ Superseding Indictment ___ Information ___ Superseding Information X Complaint
___ Probation Violation Petition ___ Supervised Release Violation Petition ___ Violation Notice ___ Order of the Court

On or about December 15, 2025, in the State and District of Minnesota, defendant, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, to wit: a deportation officer of Immigration and Customs Enforcement, who was engaged in the performance of official duties, and caused physical contact, and with the intent to commi8t another felony

all in violation of Title 18, United States Code, Section 111(a).

Date: December 16, 2025

*Issuing officer's signature*

City and State: Minneapolis, MN

David T. Schultz
United States Magistrate Judge
*Printed Name and Title*

**Return**

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________
at *(city and state)* ____________________.

Date: ____________

*Arresting officer's signature*

*Printed name and title*