**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 25-mj-854 (DTS) |
| | ) | Date: December 17, 2025 |
| Maxwell Louis Collyard, | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9W |
| Defendant. | ) | Time Commenced: 1:37 p.m. |
| | ) | Time Concluded: 1:51 p.m. |
| | ) | Time in Court: 14 minutes |

APPEARANCES:

Plaintiff: Thomas Calhoun-Lopez Assistant U.S. Attorney
Defendant: Bruce Nestor
X CJA X To be appointed

Date Charges Filed: December 16, 2025

Offense: Forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18:1114, to wit: a deportation officer of Immigration and Customs Enforcement, who was engaged in the performance of official duties, and caused physical contact, and with the intent to commit another felony

X Advised of Rights

on X Complaint

X Probable cause found. Defendant bound over to District Court of Minnesota.

X Government moves for detention. Counsel makes arguments as to the issue of detention.
X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

*s/ms*
Signature of Courtroom Deputy