UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Maxwell Louis Collyard,

Defendant.

Case No: 25-mj-854 (DTS)

**Brady Obligation Order**

---

Pursuant to the Due Process Protections Act the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

**IT IS SO ORDERED.**

Dated: December 17, 2025

*s/David T. Schultz*
David T. Schultz
U.S. Magistrate Judge