UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 25-MJ-854(DTS)

UNITED STATES OF AMERICA,

Plaintiff(s)

v.

MAXWELL LOUIS COLLYARD,
a/k/a GLORIA LOUIS COLLYARD,

Defendant(s)

# MOTION FOR PRELIMINARY HEARING

Defendant, by counsel Bruce D. Nestor of De León & Nestor, LLC, states as follows:

1. A First Appearance and Detention Hearing was held in this matter on December 17, 2025, before Magistrate Judge David T. Schultz.
2. The Minute Entry for these hearings (ECF#5) states "probable cause found. Defendant bound over to the District Court."
3. Undersigned counsel does not recall the issue of probable cause being discussed or argued at the hearing held on December 17, 2025.
4. Defendant is charged by Complaint in this matter with a felony offense. Pursuant to Fed.R.Crim.P. 5.1, Defendant is entitled to a preliminary hearing to be held within a "reasonable time and…. and no later than 21 days [after the initial appearance] if not in custody."

5. Defendant did not and does not waive his right to a preliminary hearing.
6. Probable cause cannot be resolved on the face of the Complaint. The fact that a Magistrate Judge found probable cause to issue a criminal requirement does not obviate the requirement of Rule 5.1 that a preliminary hearing be held.
7. Substantial issues exist to be contested at a Preliminary Hearing which are not resolved on the face of the Complaint even if the allegations in the Complaint are accepted as true. These issues include but are not limited to: (a) the nature of the felony offense referenced by the charging language in the Complaint that Defendant acted "with the intent to commit another felony; (b) the reliability of the identification of Defendant as committing the offense when the identification was made on the basis of the "jacket" the Defendant was wearing; (c) whether the individual identified by video review in paragraph 11 of the Complaint as Defendant is the same individual alleged in Paragraph 8 to have "tackled the Victim Officer to the ground."; and, (d) whether the level of force alleged to have been used by Defendant rises to the level of "forcibly" assaulting, resisting, impeding, intimidating, or interfering as required by statute.

WHEREFORE, Defendant requests that a preliminary hearing in this matter be held within twenty-one (21) days of his First Appearance, or on or before January 7, 2026.

Dated: December 18, 2025

S/BRUCE D. NESTOR

Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN 55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com