UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-mj-854 DTS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAXWELL LOUIS COLLYARD,

Defendant.

**NOTICE OF APPEARANCE**

Please add the following Assistant United States Attorney(s) to the above-captioned case:

Add AUSA

William C. Mattessich

Jeanne Semivan

Dated: December 18, 2025

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/William C. Mattessich*
BY: WILLIAM C. MATTESSICH
Assistant U.S. Attorney