UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-MJ-854 (DTS)

United States of America,

Plaintiff,

v.

Maxwell Louis Collyard,

Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Bruce Nestor, Attorney ID 0318024, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: December 19, 2025

*s/Jon T. Huseby*
Honorable Jon T. Huseby
United States Magistrate Judge