UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-mj-854 (DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAXWELL LOUIS COLLYARD,
a/k/a GLORIA LOUIS COLLYARD,

Defendant.

**THE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR PRELIMINARY HEARING**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and William C. Mattessich Assistant United States Attorney, does not oppose the defendant's motion for a preliminary hearing filed at ECF No. 9.

Dated: December 21, 2025

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ William C. Mattessich*

BY: WILLIAM C. MATTESSICH
Assistant U.S. Attorney
Attorney ID No. 400513