**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: SHANNON G. ELKINS |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 25-mj-854 DTS |
| | ) | Date: December 30, 2025 |
| Maxwell Louis Collyard, | ) | Court Reporter: Rachel Braun |
| | ) | Courthouse: Minneapolis |
| Defendant. | ) | Courtroom: 9E |
| | ) | Time Commenced: 9:33 a.m. |
| | ) | Time Concluded: 10:12 a.m. |
| | ) | Time in Court: 39 minutes |

X **PRELIMINARY HEARING**

APPEARANCES:

Plaintiff: Thomas Calhoun-Lopez, Assistant U.S. Attorney
Defendant: Bruce Nestor
X CJA

On X Complaint

X Probable cause found. Defendant bound over to District Court of Minnesota.

Additional Information:
Michael Raiff testified.

*s/nah*
Signature of Courtroom Deputy