UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 25-mj-854(DTS)

UNITED STATES OF AMERICA,

        Plaintiff(s)

v.

MAXWELL LOUIS COLLYARD,
a/k/a GLORIA LOUIS COLLYARD,

        Defendant(s)

## MOTION TO DISMISS – FAILURE TO OBTAIN INDICTMENT WITHIN THIRTY DAYS OF ARREST

Defendant, by counsel Bruce D. Nestor of De León & Nestor, LLC, states as follows:

1. Defendant was arrested in this matter by persons claiming to federal law enforcement agents on December 15, 2025.

2. A Complaint was issued in this matter on December 16, 2025.

3. A First Appearance and Detention Hearing was held in this matter on December 17, 2025, before Magistrate Judge David T. Schultz.

4. On information and belief, a federal grand jury has been in session within the District of Minnesota during the period from December 15, 2025, to January 14, 2026.

5. More than thirty-days have passed since Defendant's arrest on December 15, 2025, and from the date of issuance and service of a summons/complaint on December 16, 2025.

6. The United States as not filed an Indictment in this matter within thirty (30)days of the Defendant's arrest as required by 18 USC §3161(b).

7. Counsel was informed by former Assistant United States Attorney Thomas Calhoun-Lopez by telephone on Sunday, January 11, 2026, that the United States intended to dismiss this matter. Special Assistant United States Attorney Jeanne Semivan confirmed on January 14, 2026, that this remained the intent of the United States. Beyond these discussions and representations, counsel has not further met and conferred with counsel for the Government as to the Government's position on this Motion to Dismiss.

WHEREFORE, Defendant requests that these proceedings be dismissed pursuant to 18 USC §3161(b) for failure of the Government to obtain and file an Indictment within thirty (30) days of Defendant's arrest.

Dated: January 20, 2026                S/BRUCE D. NESTOR
                                       Bruce D. Nestor, 0318024 – MN
                                       DE LEÓN & NESTOR, LLC
                                       3547 Cedar Avenue South
                                       Minneapolis, MN  55407
                                       (612) 659-9019
                                       (612) 436-3664 – Facsimile
                                       nestor@denestlaw.com