**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAXWELL COLLYARD | No. 25-mj-00854 (DTS) |

## NOTICE OF APPEARANCE

The Government, by and through Daniel N. Rosen, United States Attorney for the District of Minnesota, gives notice to this Honorable Court of the appearance of the undersigned Special Assistant United States Attorney as counsel in the above-referenced action.

Respectfully submitted,

DANIEL N. ROSEN
UNITED STATES ATTORNEY

*/s/ Jeanne D. Semivan*
Special Assistant U.S. Attorney
United States Attorney's Office
300 S. 4th Street, Suite 600
Minneapolis, MN 55415