UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 25-mj-854 (DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **GOVERNMENT'S MOTION TO DISMISS** |
| MAXWELL COLLYARD, | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Jeanne D. Semivan, Special Assistant United States Attorney, hereby requests that the Court dismiss this case without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: January 20, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Jeanne D. Semivan*

BY: Jeanne D. Semivan
Special Assistant United States Attorney