UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-mj-854

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAXWELL LOUIS COLLYARD,

Defendant.

**NOTICE OF WITHDRAWAL**

Please remove the following Assistant United States Attorney to the above-captioned case:

Remove AUSA

William C. Mattessich

Dated: February 3, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/ William C. Mattessich*
BY: WILLIAM C. MATTESSICH
Assistant U.S. Attorney